UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEIU HEALTHCARE 1199NW,<br>Plaintiff,<br><br>v.<br><br>CASCADE BEHAVIORAL HEALTH, LLC d/b/a CASCADE BEHAVIORAL HEALTH,<br>Defendant. | No. 2:23-cv-01309-BJR<br><br>**STIPULATED ORDER OF DISMISSAL** |

This matter came before this Court on the parties' stipulated motion for dismissal pursuant to FRCP 41. The parties' joint motion is granted, and the matter is hereby dismissed, with the parties each responsible for their own costs and attorneys' fees.

Done this 12th day of October, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1